UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Christopher Graddy**　　　　　　　　　　　　　**Docket No. 5:14-CR-127-1BO**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Christopher Graddy, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon and Possession With Intent to Distribute Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on June 11, 2007, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Travis Christopher Graddy was released from custody on August 6, 2013, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 6, 2015, in Wake County, North Carolina, Graddy was charged with Driving While Impaired (15CR3441) and Simple Possession of Marijuana and Speeding (15CR735601). On June 16, 2015, a Violation Report was filed advising of the new charges, and the court agreed to continue supervision pending disposition of the charges. On May 2, 2016, in the Wake County District Court, Graddy pled guilty to Driving While Impaired, and was sentenced to unsupervised probation and 24 hours of community service. The charges of Simple Possession of Marijuana and Speeding were dismissed as a result of the plea. Based on this plea, it is recommended that the defendant complete an additional 16 hours of community service for violation of the terms and conditions of his supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office. If referred for placement and monitoring by the State of North Carolina, the $200 fee is waived because he is currently paying a $200 fee in the state case.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Timothy L. Gupton
Jeffrey L. Keller　　　　　　　　　　　　　　　Timothy L. Gupton
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　　　Executed On: May 16, 2016

Travis Christopher Graddy
Docket No. 5:14-CR-127-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge